UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80102-Cr-Rosenberg/Reinhart
18 U.S.C. § 1957
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

v.

MARK JEFFREY HOLLANDER,

Defendant.
_____/

FILED BY __TM__

May 21, 2018

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA, West Palm Beach

## INFORMATION

The United States Attorney charges that:

On or about May 3, 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MARK JEFFREY HOLLANDER,**

did knowingly engage and attempt to engage in a monetary transaction affecting interstate commerce, by, through, and to a financial institution, in criminally derived property of a value greater than $10,000, that is, the deposit of Smart Lab LLC's check number 2315 in the approximate amount of $97,650 into Wells Fargo account number XXXXXX6223, which was controlled by the defendant, and such property having been derived from specified unlawful activity; in violation of Title 18, United States Code, Sections 1957 and 2.

It is further alleged that the specified unlawful activity was health care fraud and conspiracy to commit health care fraud, in violation of Title 18, United States Code, Sections 1347 and 1349.

## FORFEITURE

1. The allegations contained in this Information are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MARK JEFFREY HOLLANDER,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1957, as alleged in Count 1 of this Information, the defendant, **MARK JEFFREY HOLLANDER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in such offenses and any property traceable to such property, including, but not limited to, approximately $97,650 in United States currency.

3. If the property described above as being subject to forfeiture, as a result of any act or omission of **MARK JEFFREY HOLLANDER,**

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to or deposited with a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as made applicable through Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of **MARK JEFFREY HOLLANDER,** up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 982(a)(7), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable through Title 18, United States Code, Section 982(b)(1).

_Edward C-Nun for_
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_A. Marie Villafaña_
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| MARK JEFFREY HOLLANDER, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)    New Defendant(s)        YES ____   NO ____
                                    Number of New Defendants ____
  Miami ____    Key West ____       Total number of counts  ____
  FTL   ____    WPB   _X_    FTP ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    No
   List language and/or dialect   _____

4. This case will take     5     days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days        _X_              Petty      ____
   II   6 to 10 days       ____             Minor      ____
   III  11 to 20 days      ____             Misdem.    ____
   IV   21 to 60 days      ____             Felony     _X_
   V    61 days and over

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes:   Magistrate Case No.              _____
   Related Miscellaneous numbers:             _____
   Defendant(s) in federal custody as of      _____
   Defendant(s) in state custody as of        _____
   Rule 20 from the                           _____
   District of                                _____

   Is this a potential death penalty case? (Yes or No)  ____Yes    _X_ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      ____ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      ____ Yes    _X_ No

                                                  _____
                                                  A. Marie Villafaña
                                                  ASSISTANT UNITED STATES ATTORNEY
                                                  Florida Bar No. 0018255

*Penalty Sheet(s) attached                                           REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **MARK JEFFREY HOLLANDER**

**Case No:** _____

Count #: 1

 18 U.S.C. § 1957

 Money Laundering in Excess of $10,000

* **Max.Penalty**: 10 Years' Imprisonment; 3 years' Supervised Release; $250,000 Fine or twice the amount of the criminally derived property involved in the transaction; criminal forfeiture; $100 special assessment.

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: MARK JEFFREY HOLLANDER

Personal Surety Bond Of $100,000
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Marie Villafana

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _____

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| MARK JEFFREY HOLLANDER, | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____DAVID WEINSTEIN_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

__BRUCE REINHART, U.S. MAGISTRATE JUDGE__
*Judge's printed name and title*